1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  GARY DELMAR HENDERSON,                    1:09cv0351 DLB PC

10                         Plaintiff,         ORDER DIRECTING CLERK OF COURT
                                             TO  REDESIGNATE ACTION AS A
11          v.                                REGULAR CIVIL CASE

12  GREG WHITE, et al.,

13
                           Defendants.
14  _____/

15

16      Plaintiff Gary Delmar Henderson ("Plaintiff"), a state prisoner proceeding pro se, filed his

17  complaint pursuant to 42 U.S.C. § 1983 on February 26, 2009.  Review of the complaint reveals

18  that Plaintiff's civil rights case does not involve the conditions of his confinement.

        Therefore, the Clerk of Court is DIRECTED to redesignate this action to reflect that it is a
19
    regular civil case.
20
        No scheduling conference should be set at this time.
21

22

23      IT IS SO ORDERED.

      **Dated:   June 29, 2009**          _____/s/ **Dennis L. Beck**_____
24                                           UNITED STATES MAGISTRATE JUDGE

25
26
27
28

                                              1